UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Time Warner Cable of New York City, a
division of Time Warner Entertainment
Company, L.P.,

                    Plaintiff,      CV-02-1805 (CPS)

- against -

Joseph Schulmann,                  ORDER

                  Defendant.
------------------------------------X

      No objections to the Report and Recommendation of Magistrate Judge Go dated June 23, 2006, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by July 28, 2006, a revised proposed default judgment consistent with Magistrate Judge Go's Report and Recommendation.

      The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

      SO ORDERED.

Dated : Brooklyn, New York
       July 12, 2006

                                        United States District Judge